AlSD Local 91 (Rev. 7/13)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>Marin Jesus Orozco-Zuniga<br><br>Defendant(s) | )<br>)<br>)  Case No.  MJ 19-0127-B<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 9, 2019  in the county of  Mobile  in the Southern District of  Alabama , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326 | Illegal Reentry After Deportation or Removal |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Aunrae Navarre, U.S. Customs & Border Protection
Printed name and title

Sworn to before me and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Date: July 15, 2019

_____
Judge's signature

City and state:  Mobile, Alabama

Sonja F. Bivins, U. S. Magistrate Judge
Printed name and title

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

**UNITED STATES OF AMERICA**

    **v.**                                    **MAGISTRATE NO:**

**Marin Jesus Orozco-Zuniga**

_____/

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Aunrae Navarre, am a U.S. Customs and Border Protection Officer (CBPO) with the U.S. Customs and Border Protection (CBP) Office of Field Operations (OFO) and have been so employed since 2005.

2. As a CBPO, my duties include the apprehension of aliens who are present at the United States' Ports of Entry (POE) illegally. I also engage in the enforcement of the Immigration and Nationality Act. In addition, I am currently assigned to Homeland Security Investigations (HIS) Border Enforcement Security Task Force (BEST) where I enforce U.S. Customs and Immigration Laws.3

3. My duties as a Deportation Officer with the Criminal Alien Program (CAP) include enforcement functions relating to the investigation, apprehension, identification, arrest, prosecution, detention, and deportation of aliens, and the apprehension of individuals who have absconded from their removal proceedings.

4. The statements contained in this affidavit are based on my experience, training, and background as a Deportation Officer and on the statements of other investigators involved in this case.

5. I have set forth the facts that I believe are necessary to establish probable cause believe

that **Marin Jesus Orozco-Zuniga** has violated Title 8 U.S.C. § 1326, illegal re-entry of a removed alien after deportation or removal. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each fact known to me concerning this investigation.

6. On July 9, 2019 at approximately 03:00 a.m., Mobile County Sheriff's Deputy Johnathan Kelly conducted a traffic stop on a White Chevy Tahoe bearing Texas plates LCV4980 traveling east bound on I-10. The Chevy was stopped for crossing the broken white lines and drifting to the right lane.

7. Deputy made contact with the driver, later identified as **Marin Jesus Orozco-Zuniga** DOB: 1/2/1981, citizen of Mexico) and the passenger, Pedro Juan Orozco-Zuniga (DOB: 6/12/1972, citizen of Mexico).

8. At the time of contact, Deputy Kelly was able to observe that the passenger, Pedro Juan Orozco-Zuniga, had a homemade pipe in his lap. Deputy Kelly was also able to observe that the pipe had a crystal residue on it. Deputy Kelly knows, based on his training and experience, that crystal residue can be consistent with methamphetamine abuse.

9. At this time, Deputy Kelly ordered the driver and the passenger out of the car. He had his K-9 officer conduct an open air search of the vehicle. K-9 Boyd alerted on the front passenger side door of the vehicle. Deputy Kelly then located approximately 2 grams of methamphetamine in a bag in the vehicle.

10. On or about July 10, 2019, **Marin Jesus OROZCO-ZUNIGA**'s fingerprints were enrolled into the immigration and criminal database; a "removed alien," "wanted," and "immigration violator" alerts were received through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification

System (IAFIS). The confirmation return verified that **Marin Jesus OROZCO-ZUNIGA**, date of birth January 2, 1981, has FBI# 599026VB2, State Identification Number OK01272693/LA2678915, Fingerprint Identification System Number 2562227, and Alien Registration Number A205 211 476. A records check in Immigration databases indicated no claims or petitions have been filed by **Marin Jesus OROZCO-ZUNIGA**, or on his behalf, which would allow **OROZCO-ZUNIGA** to enter, remain, or be found in the United States legally. The Alien Registration Number 205 211 476 associated with the name **OROZCO-ZUNIGA** contains the following removal history:

  a. **OROZCO-ZUNIGA** was ordered removed from the United States by an immigration judge in Oakdale, LA on May 16, 2012. **OROZCO-ZUNIGA** departed the United States through Hidalgo, Texas, Port of Entry (on foot) on June 04, 2012, as witnessed.

  b. On or about September 25, 2012, **OROZCO-ZUNIGA** was apprehended by USBP in Brownsville, Texas for entering the United States without being inspected by Immigration Officials. **OROZCO-ZUNIGA** was issued a Reinstatement of Prior Order of Removal with all necessary forms completed.

11. A copy of the most recent Warrant of Removal was requested and received from the National Records Center located in Lee's Summit, Missouri, which verified that **Marin Jesus OROZCO-ZUNIGA** is prohibited from entering, attempting to enter, or being in the United States for a period of 10 years from the date of his departure from the United States. SUBJECT is inadmissible under section 212 of the Act and ordered removal from the United States. The warning also stated that after his removal had been affected, he must request and obtain permission from the Attorney General to reapply for admission

to the United States. The Alien Registration File 205 211 476 has been requested from the National Records Center located in Lee's Summit, Missouri.

12. **OROZCO-ZUNIGA** has the following criminal history:

   a. Arrest date: 12/18/11, Agency: Ascension Parish, LA. Charged with Operation of a Vehicle While Intoxicated, Possession of Alcoholic Beverages in Motor Vehicle, Secretary to Require Periodic Inspections, Driver Must be Licensed, and Operating a Vehicle Without Lawful Presence in the United States. Disposition: 6 months in jail.

   b. Arrest date: 1/5/2002 Agency: Tulsa, OK Police Department [Charge] Transporting loaded firearm. Disposition: 7 days jail / 1 year Deferred

13. Based on the above stated facts and circumstances, your affiant believes probable cause exists that **RUIZ-CRUZ** has violated Title 8, United States Code, Section 1326, Illegal Reentry After Deportation or Removal

   *[signature]*
   Aunrae Navarre
   U.S. Customs and Border Protection

THE ABOVE AGENT HAS ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(B) THIS 15th
DAY OF JULY, 2019

*[signature]*
SONJA F. BIVINS
UNITED STATES MAGISTRATE JUDGE